UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY LEE GRAY,
    Plaintiff

v.

DAVID J. WAKEFIELD, et al.,
    Defendants

CIVIL NO. 3:09-cv-0979

(Judge Nealon)

FILED
SCRANTON

SEP 2 7 2012

PER _____
    DEPUTY CLERK

## ORDER

NOW, this 28th day of September, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Brown's second motion for summary judgment (Doc. 91) is **GRANTED**;

2. The Clerk of Courts is directed to **TERMINATE** Defendant Allison Brown as a party to this action; and

3. Any appeal will be deemed frivolous, not taken in good faith, and without probable cause.

*/s/ William Nealon*
**United States District Judge**