UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY LEE GRAY, | : | CIVIL NO. 3:CV-09-0979 |
| | : | |
| Plaintiff | : | (Judge Nealon) |
| | : | |
| v. | : | |
| | : | |
| DAVID J. WAKEFIELD, et al., | : | |
| | : | |
| Defendants | : | |

FILED
SCRANTON
JUN 4 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 4th DAY OF JUNE, 2014**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.  Defendants' motion for reconsideration of that part of this Court's October 2, 2013 Memorandum and Order, denying Defendants' summary judgment motion on Plaintiff's state law claims of battery, assault and indecent sexual assault, (Doc. 155), is **GRANTED.**

2.  The Court's Order of October 2, 2013, (Docs. 147-148), is **VACATED in part,** to the extent it denied Defendants' motion for summary judgment with respect to Plaintiff's state law claims of battery, assault, and indecent sexual assault.

3.  Defendants' motion for summary judgment, with respect to Plaintiff's state law tort claims of battery, assault, and indecent sexual assault, (Doc. 120), is **GRANTED.** Judgment is deferred pending final disposition of the matter.

4. This case will be set for trial at the convenience of the Court.

_____
**United States District Judge**