# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY LEE GRAY,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:09-0979** |
| | : |
| v. | |
| | :       **(JUDGE MANNION)** |
| **DAVID J. WAKEFIELD, et al.,** | |
| | : |
| **Defendants** | : |

## O R D E R

In light of the memorandum this same day, **IT IS HEREBY ORDERED THAT** plaintiff's motion in limine, (Doc. 194), is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's requests to obtain DOC videotaping policies is **GRANTED IN PART** as noted in the memorandum. Plaintiff's unopposed request to use the declaration of Mario Berry is **GRANTED**. Defendants are ordered to provide plaintiff with the redacted portions of the policy documents as described in the accompanying memorandum. Plaintiff's requests for a legal assistant, to exclude evidence of his assault conviction, to be given B, C, and D-Pod videos, to call additional witness, and to be given the letter from Ms. Moore-Smeal are **DENIED.** His requests to speak with Mr. Sutton and to view video he already has in his possession are **MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 3, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2009 MEMORANDA\09-0979-02-order.wpd